**NOTICE: THIS DOCUMENT CONTAINS SENSITIVE DATA**

Cause Number: _____
*(The Clerk's office will fill in the Cause Number when you file this form)*

Plaintiff: _____
*(Print first and last name of the person filing the lawsuit.)*

And

Defendant: _____
*(Print first and last name of the person being sued.)*

In the *(check one)*:
- ☐ District Court
- ☐ County Court / County Court at Law
- ☐ Justice Court

*Court Number*

_____ Texas
*County*

# Statement of Inability to Afford Payment of Court Costs or an Appeal Bond in Justice Court

## 1. Your Information

My full legal name is: _____     My date of birth is: ___ / ___ / ___
*First          Middle          Last*                                              *Month/Day/Year*

My address is: *(Home)* _____

*(Mailing)* _____

My phone number: _____ My email: _____

About my **dependents:** "The people who depend on me financially are listed below.

| | Name | Age | Relationship to Me |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

## 2. Are you represented by Legal Aid?

☐ I am being represented in this case for free by an attorney who works for a legal aid provider or who received my case through a legal aid provider. I have attached the certificate the legal aid provider gave me as 'Exhibit: Legal Aid Certificate.

**-or-**

☐ I asked a legal-aid provider to represent me, and the provider determined that I am financially eligible for representation, but the provider could not take my case. I have attached documentation from legal aid stating this.

**or-**

☐ I am not represented by legal aid. I did not apply for representation by legal aid.

## 3. Do you receive public benefits?

☐ I do not receive needs-based public benefits. **- or -**

☐ I receive these **public benefits/government entitlements** that are based on indigency:
*(Check ALL boxes that apply and attach proof to this form, such as a copy of an eligibility form or check)*

- ☐ Food stamps/SNAP ☐ TANF ☐ Medicaid ☐ CHIP ☐ SSI ☐ WIC ☐ AABD
- ☐ Public Housing or Section 8 Housing ☐ Low-Income Energy Assistance ☐ Emergency Assistance
- ☐ Telephone Lifeline ☐ Community Care via DADS ☐ LIS in Medicare ("Extra Help")
- ☐ Needs-based VA Pension ☐ Child Care Assistance under Child Care and Development Block Grant
- ☐ County Assistance, County Health Care, or General Assistance (GA)
- ☐ Other: _____

© Form Approved by the Supreme Court of Texas by order in Misc. Docket No. 16-9122

**4. What is your monthly income and income sources?**

"I get this monthly income:

$_____ in monthly wages. I work as a _____ for _____ .
*Your job title*                           *Your employer*

$_____ in monthly unemployment.  I have been unemployed since *(date)* _____ .

$_____ in public benefits per month.

$_____ from other people in my household each month: *(List only if other members contribute to your household income.)*

$_____ from ☐ Retirement/Pension   ☐ Tips, bonuses   ☐ Disability   ☐ Worker's Comp
☐ Social Security   ☐ Military Housing ☐ Dividends, interest, royalties
☐ Child/spousal support
☐ My spouse's income or income from another member of my household *(If available)*

$_____ from other jobs/sources of income. *(Describe)* _____

$_____ is my *total* **monthly** income.

**5. What is the value of your property?**

"My **property** includes:                           **Value***

Cash                                         $_____

Bank accounts, other financial assets

_____   $_____

_____   $_____

_____   $_____

Vehicles (cars, boats) *(make and year)*

_____   $_____

_____   $_____

_____   $_____

Other property (like jewelry, stocks, land, another house, etc.)

_____   $_____

_____   $_____

_____   $_____

*Total* value of property  → $_____

**6. What are your monthly expenses?**

"My **monthly expenses** are:                           **Amount**

Rent/house payments/maintenance   $_____

Food and household supplies   $_____

Utilities and telephone   $_____

Clothing and laundry   $_____

Medical and dental expenses   $_____

Insurance (life, health, auto, etc.)   $_____

School and child care   $_____

Transportation, auto repair, gas   $_____

Child / spousal support   $_____

Wages withheld by court order   $_____

Debt payments paid to: *(List)*   $_____

_____   $_____

_____   $_____

*Total* Monthly Expenses  → $_____

*The value is the amount the item would sell for less the amount you still owe on it, if anything.

**7. Are there debts or other facts explaining your financial situation?**

"My **debts** include: *(List debt and amount owed)* _____

_____

_____ "

*(If you want the court to consider other facts, such as unusual medical expenses, family emergencies, etc., attach another page to this form labeled "Exhibit: Additional Supporting Facts.")* **Check here if you attach another page.** ☐

**8. Declaration**

I declare under penalty of perjury that the foregoing is true and correct. I further swear:
☐ I cannot afford to pay court costs.
☐ I cannot furnish an appeal bond or pay a cash deposit to appeal a justice court decision.

My name is _____ . My date of birth is : ____ / ____ / _____ .

My address is _____
*Street*                    *City*         *State*        *Zip Code*        *Country*

▶ _____ signed on ____ / ____ / ____ in _____ County, _____
*Signature*                           *Month/Day/Year*        *county name*                    *State*